FIRST DISTRICT.

Burton R. Colbert, appellee, v. Harry E. Wing, appellant. Gen. No. 34,062.

Opinion filed February 5, 1930.
Louis A. Heile, for appellant. J. Arthur Kealy, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Stephen Johandes, plaintiff in error, v. Chicago, Milwaukee & St. Paul Railroad Company et al., defendants in error. Gen. No. 33,522.

Opinion filed February 24, 1930.
Charles C. Spencer, for plaintiff in error. M. L. Bluhm, C. L. Taylor and Marvin A. Jersild, for defendants in error; Sidney C. Murray, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Mabel Knoll, appellee, v. Continental Life Insurance Company, appellant. Gen. No. 33,547.

Opinion filed February 24, 1930.
W. Tudor Ap Madoc, for appellant. Stebbins, L'Amoreaux & Hurtubise, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.